UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SHAUN CHRISTOPHER MACHIPINESS,<br><br>       Defendant. | 1:14-cr-02054-SAB-2<br><br>ORDER DISMISSING INDICTMENT |

Upon motion by the Government, ECF No. 88, and pursuant to Federal Rule of Criminal Procedure Rule 48(a), the Court hereby dismisses the above-entitled matter as to Shaun Christopher Machipiness without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

The Indictment as to Shaun Christopher Machipiness, ECF No. 1, is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 4th day of December 2015.



_____
Stanley A. Bastian
United States District Judge

ORDER DISMISSING INDICTMENT # 1